NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JAKE LEE,**
*Plaintiff-Appellee,*

v.

**MIKE'S NOVELTIES, INC.
(DOING BUSINESS AS MIKE'S WORLDWIDE
IMPORTS) AND MANISCH CHANDER
(ALSO KNOWN AS MIKE CHANDER, MANISCH
CHANDRA, AND MIKE CHANDRA),**
*Defendants-Appellants.*

_____

2013-1049

_____

Appeal from the United States District Court for the Central District of California in case no. 10-CV-2225, Judge John A. Kronstadt.

_____

**ON MOTION**

_____

**O R D E R**

The appellants move for a 30-day extension of time, until February 1, 2013, to file their principal brief.

JAKE LEE V. MIKE'S NOVELTIES                                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27